**HOLSHOUSER v. SHANER HOTEL GRP. PROPS. ONE**

[351 N.C. 330 (2000)]

FREDERICKA HOLSHOUSER v. SHANER HOTEL GROUP PROPERTIES ONE LIMITED PARTNERSHIP, SHANER OPERATING CORPORATION, BEN ROBINSON, AND LOSS PREVENTION SERVICES, INC.

No. 386A99

(Filed 4 February 2000)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 134 N.C. App. 391, 518 S.E.2d 17 (1999), affirming in part, reversing in part and remanding judgments entered by Rousseau, J., on 31 March 1998 and 14 April 1998 in Superior Court, Forsyth County. Heard in the Supreme Court 14 December 1999.

*McCall Doughton & Blancato PLLC, by Thomas J. Doughton, for plaintiff-appellee.*

*Young Moore and Henderson P.A., by John A. Michaels and Reed N. Fountain, for defendant-appellant Shaner Operating Corporation.*

PER CURIAM.

AFFIRMED.